**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

RAYMOND SMITH                                                PLAINTIFF

v.                         Case No. 4:23-CV-00171-BSM-JTK

KILOLO KIJAKAZI,                                            DEFENDANT
*Acting Commissioner*
Social Security

**ORDER**

Pending before the Court is Raymond Smith's Application to Proceed *In Forma Pauperis*. (Doc. No. 1) After reviewing the application, the Court is without sufficient information to rule. Specifically, Mr. Smith states that his net pay is $1,400 per month, and he only lists two monthly expenses totaling $130. His complaint also states that he lives in a condo in Little Rock, Arkansas, (Doc. No. 2) but his application indicates he is homeless. So, it is unclear whether he has to pay any living and household expenses also.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Id*.

Without any additional expenses, debts, or dependents, the Court calculates Mr. Smith's monthly savings to be $1,270. On that basis, it appears that Mr. Smith has the financial ability to pay the filing fee for his social security case and that his current application does not demonstrate an undue financial burden. Therefore, he is instructed to amend his application and provide the

Court with clarity and/or additional information about his financial status within fourteen (14) days of the date of this Order.

SO ORDERED THIS 7th day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE