IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RAYMOND SMITH                                                                                       PLAINTIFF

v.                                    Case No. 4:23-CV-00171-BSM-JTK

KILOLO KIJAKAZI,                                                                                    DEFENDANT
*Acting Commissioner*
Social Security

## ORDER

Pending before the Court is Plaintiff Raymond Smith's Amended Application to Proceed *in forma pauperis*. (Doc. No. 4) Mr. Smith's application is GRANTED. The Clerk of the Court is instructed to terminate Mr. Smith's initial application. (Doc. No. 1)

SO ORDERED THIS 21st day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1